23-mc-0073

## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2960 Disciplinary Docket No. 3 |
| Petitioner | : No. 33 DB 2023 |
| v. | : Attorney Registration No. 323786 |
| ERIC J. LANDES, | : (Montgomery County) |
| Respondent | : |

### ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2023, upon consideration of the Verified Statement of Resignation, Eric J. Landes is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).

A True Copy Nicole Traini
As Of 03/08/2023

Attest: *Nicole Traini*
Chief Clerk
Supreme Court of Pennsylvania



Jesse G. Hereda
Executive Director

Dana C. Belella
Assistant Director

Marcee D. Sloan
Board Prothonotary

-------------------------

Laura K. Mohney
Counsel to the Board

Kimberly M. Henderson
Special Counsel

Eric J. Landes
1988 Quail Lane
Pottstown, PA 19464

## THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
(717) 231-3380
www.padisciplinaryboard.org

**Members of the Board**
Jerry M. Lehocky
*Board Chair*
Dionysios G. Rassias
*Board Vice-Chair*
\* Hon. Robert L. Repard
Christopher M. Miller
John C. Rafferty, Jr.
Gretchen A. Mundorff
David S. Senoff
\* Celeste L. Dee
Robert J. Mongeluzzi
Shohin H. Vance
Joshua M. Bloom
Laura E. Ellsworth

\* *Non-Lawyer Member*

March 8, 2023
FAX (717) 231-3381

RE:   Office of Disciplinary Counsel
      v. ERIC J. LANDES (Montgomery County)
      No. 2960 Disciplinary Docket No. 3
      No. 33 DB 2023
      Attorney Registration No. 323786

Admitted 1/25/2018

Dear Mr. Landes:

The Prothonotary of the Supreme Court of Pennsylvania has forwarded to us a certified copy of the Order of that Court dated March 8, 2023 (copy enclosed), that "...Eric J. Landes is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215, and he shall comply with all of the provisions of Pa.R.D.E. 217..." such action to take effect thirty days from the date of the Order. Notice of costs due will be mailed separately.

For your guidance, compliance and information, I am enclosing the following:

1. Standard Guidance of the Disciplinary Board to Lawyers who have been Disbarred.
2. Rule 217 of the Pa.R.D.E. Your attention is called to Rule 217(e) concerning the statement of compliance and Rule 217(h) concerning indicia of licensure.
3. Form DB-23, Nonlitigation Notice of Disbarment, Suspension or Transfer to Inactive Status.
4. Form DB-24, Litigation Notice of Disbarment, Suspension or Transfer to Inactive Status.
5. Form DB-25, Statement of Compliance.

You are now required to comply with the Pennsylvania Rules of Disciplinary Enforcement and Disciplinary Board Rules as enclosed herewith.

Very truly yours,

Marcee D. Sloan
Board Prothonotary

MDS/mlb
Enclosures

cc:  H. Geoffrey Moulton, Jr., Court Administrator of Pennsylvania
     Kathryn Peifer Morgan, Esq., Executive Director, PA Lawyers Fund for Client Security
     Hon. Carolyn T. Carluccio, P.J., Court of Common Pleas, Montgomery County
     Michael R. Kehs, Court Administrator, Court of Common Pleas, Montgomery County
     Noah Marlier, Prothonotary, Court of Common Pleas, Montgomery County
     Peter Welsh, Clerk, U.S. District Court Middle District
     Terrence S. Miller, Clerk, U.S. Bankruptcy Court, Middle District of PA
     George Wylesol, Clerk, U.S. District Court, Eastern District of Pennsylvania
     Timothy B. McGrath, Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
     Brandy S. Lonchena, Clerk, U.S. District Court, Western District of PA
     Michael Rhodes, U.S. Bankruptcy Court, Western District of Pennsylvania
     Elizabeth A. Livingston, Disciplinary Counsel
     Thomas J. Farrell, Chief Disciplinary Counsel