**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **MISCELLANEOUS** |
| | : | |
| **ERIC J. LANDES** | : | **NO. 23-mc-0073** |

## ORDER

      **AND NOW**, this   9th   day of May, 2023, respondent having been ordered March 16, 2023, to show cause, within thirty (30) days, why he should not be **disbarred on consent** from the practice of law in this court, effective thirty (30) days from March 8, 2022, and respondent not having answered or requested a hearing, it is hereby

      **ORDERED** that respondent is **disbarred on consent** from the practice of law in this court, effective thirty (30) days from March 8, 2022, and until further Order of this court.

**BY THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**